UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:92-CR-110-T-23EAJ

JOSEPH LUCKNER

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government counsel for Assistant United States Attorney Eduardo E. Toro-Font.

Respectfully submitted,

A. LEE BENTLEY, III
Acting United States Attorney

By: /s/ Joseph K. Ruddy
JOSEPH K. RUDDY
Assistant United States Attorney
United States Attorney Number 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile:  (813) 274-6358
E-mail:     joseph.ruddy@usdoj.gov

U.S. v. JOSEPH LUCKNER			Case No. 8:92-MJ-110-T-23EAJ

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Tracy DaCruz, Esq.

                                  */s/ Joseph K. Ruddy*
                                  JOSEPH K. RUDDY
                                  Assistant United States Attorney
                                  United States Attorney Number 053
                                  400 N. Tampa Street, Suite 3200
                                  Tampa, Florida 33602-4798
                                  Telephone: (813) 274-6000
                                  Facsimile:   (813) 274-6358
                                  E-mail:     joseph.ruddy@usdoj.gov